# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA : No. 21 MM 2015
EX REL: MICHAEL J. PISKANIN(A/K/A :
MICHAEL JOHN PISKANIN, JR.), :
:
          Petitioner : 
:
:
:
       v. :
:
:
:
KELLY L. BANACH AND WILLIAM H. :
PLATT AND JAMES B. MARTIN ESQ. :
AND TAMMY FERGUSON, WARDEN, :
:
         Respondents :

## ORDER

**PER CURIAM**

    **AND NOW**, this 9th day of March, 2015, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Habeas Corpus is **DENIED**. Furthermore, the Prothonotary is **DIRECTED** to strike the name of the jurist from the caption.